IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 13-mj-1094 |
| | ) | |
| CAROLINA DEL CARMEN SERRANO | ) | |

**ORDER**

The Court convened a preliminary hearing on November 8, 2013. The Government called one witness, Homeland Security Agent Michael Perez. The defendant did not put on any proof.

The Court found probable cause to believe that defendant has committed the offenses alleged in the Criminal Complaint, and defendant was therefore bound over to the Grand Jury.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge