IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 13-mj-1094 |
| CAROLINA DEL CARMEN SERRANO, | ) ) ) | |
| Defendant, | ) ) | |

## AGREED ORDER OF SUBSTITUTION OF COUNSEL

Upon Motion made by Norman D. McKellar, and by agreement of undersigned counsel and for good cause shown, it is **ORDERED**

1. That Norman D. McKellar shall be substituted for Michael J. Flanagan as attorney of record for Defendant Carolina Del Carmen Serrano in the above-captioned matter; and

2. That the Clerk terminate Michael J. Flanagan as counsel of record for the defendant.

_____
Judge Juliet Griffin

APPROVED FOR ENTRY:

| | |
|---|---|
| *s/ Michael J. Flanagan (signed with permission)* | *s/ Norman D. McKellar* |
| Michael J. Flanagan | Norman D. McKellar, BPR No. 022186 |
| Former Counsel for Carolina Serrano | Counsel for Carolina Serrano |
| 95 White Bridge Road | The McKellar Law Firm, PLLC |
| Suite 208 | 625 Market Street, 7th Floor |
| Nashville, TN 37205 | Knoxville, TN 37902 |
| P: 615-356-1580 | P: 865.566.0125; F: 865.566.0126 |